UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PATRICIA J. SMITH and MICHAEL E. THOMPSON, individually and as succors in interest to JUNE R. THOMPSON, deceased,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUN HEALTHCARE GROUP, INC., dba SunBridge Care & Rehabilitation for Weed, CARE ENTERPRISES WEST, and SUNBRIDGE HEALTHCARE CORPORATION,<br><br>    Defendants. | NO. CIV. S 03-1932 MCE PAN<br><br><br>ORDER |

----oo0oo----

The Court is in receipt of two requests from Felicia Curran, counsel for Plaintiff in the above-entitled case, to continue the trial date currently scheduled for May 11, 2005.

The first request was based on based on a calendaring conflict identified by Ms. Curran between the trial date in this case and an arbitration scheduled in a state court matter.

1

1    The second request to continue the May 11, 2005 trial date
2 has come in the form of an April 19, 2005 email from one Judith
3 Abelson, who purports to be Ms. Curran's assistant.  According to
4 that email, Ms. Curran had a "small heart attack" the previous
5 day and a continuance is also sought on grounds that testing,
6 treatment and/or rest may be required as a result of the alleged
7 cardiac event.

8    In response to the second request to continue the trial
9 date, and for purposes of properly considering and ruling on that
10 request, the Court requires that a written statement be submitted
11 from Ms. Curran's physician attesting to her physical condition
12 and ability to proceed to trial at this juncture.  That statement
13 shall be delivered to chambers as an email attachment, or by
14 facsimile (916-930-4129), not later than April 25, 2005.

15    IT IS SO ORDERED.
16 DATED: April 20, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE