1    JOHN D. WINER, ESQ. - 091078
     FELICIA C. CURRAN, ESQ. -
2    LAW OFFICES OF JOHN D. WINER

3        THE ORDWAY BUILDING

         ONE KAISER PLAZA, SUITE 1450
4        OAKLAND, CALIFORNIA 94612

5            (510) 433-1000

6    Attorneys for Plaintiffs

7

8
                        UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11   PATRICIA J. SMITH and MICHAEL E.            Civil Action No. Civ.s-03-1932 MCE PAN
     THOMPSON, individually and as successors
12   in interest to JUNE R. THOMPSON, deceased,  STIPULATION FOR VOLUNTARY
                                                 DISMISSAL WITH PREJUDICE OF
13                   Plaintiffs,                 PLAINTIFF MICHAEL E. THOMPSON
                                                 AND ORDER THEREON
14   vs.

15   SUN HEALTHCARE GROUP, INC., etc., et
     al.,
16
                     Defendants.
17   _____/

18
          The parties having conferred and good cause appearing, it is hereby agreed between them as
19
     follows:
20
          1.  Plaintiff MICHAEL E. THOMPSON, individually and as successor in interest to June R.
21
     Thompson, deceased, I hereby dismissed as a party to this action with prejudice, each side to bear its
22
     own costs and attorneys fees.
23

24   Dated: January 3, 2006                      LAW OFFICES OF JOHN D. WINER

25                                                        /s/
                                                 By:_____
26                                               FELICIA C. CURRAN
                                                 Attorneys for Plaintiffs
27   //

28   //

1  So stipulated:

2  Dated: _____                    WILKE, FLEURY, HOFFELT

3                                                    /s/
                                      By:   _____
4                                             Robert F. Tyler, Esq.

5

6
                                          ORDER
7
        GOOD CAUSE APPEARING, it is hereby ordered that MICHAEL E. THOMPSON is
8  dismissed as a party to this action.

9
   Dated: January 20, 2006
10

11

12                                    _____
                                      MORRISON C. ENGLAND, JR
13                                    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28